United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Maurice Larimer, | NO. C 11-01061 JW |
|     Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Konocti Vista Casino Resort, Marina & RV Park, et al., | |
|     Defendants. | |

This case is scheduled for a Case Management Conference on September 19, 2011. There is also a Defendants' Motion to Dismiss set for hearing on the same date. In light of the pending Motion, the Court VACATES the September 19 Conference. The Court will set a new Conference date in its Order addressing Defendants' Motion if necessary.

Dated: September 15, 2011

                                               JAMES WARE
                                               United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark Alan Vegh mvegh@wsfwlaw.com
Nicole Marie St Germain nstgermain@rosettelaw.com
Richard James Armstrong armstrong@rosettelaw.com
Robert A Rosette rrosette@rosettelaw.com

**Dated: September 15, 2011**   **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**