1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10   Maurice Larimer,                          NO. C 11-01061 JW

11              Plaintiff,                      **ORDER VACATING CASE**
        v.                                      **MANAGEMENT CONFERENCE**
12
     Konocti Vista Casino Resort, Marina & RV
13   Park, et al.,

14              Defendants.
                                         /
15
            This case is scheduled for a Case Management Conference on September 19, 2011.  There is
16
     also a Defendants' Motion to Dismiss set for hearing on the same date.  In light of the pending
17
     Motion, the Court VACATES the September 19 Conference.  The Court will set a new Conference
18
     date in its Order addressing Defendants' Motion if necessary.
19

20

21   Dated:  September 15, 2011                 _____
                                                JAMES WARE
22                                              United States District Chief Judge

23

24

25

26

27

28

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Mark Alan Vegh mvegh@wsfwlaw.com
   Nicole Marie St Germain nstgermain@rosettelaw.com

3  Richard James Armstrong armstrong@rosettelaw.com
   Robert A Rosette rrosette@rosettelaw.com

4

5

6

7  **Dated:  September 15, 2011**                    **Richard W. Wieking, Clerk**

8

9                                                    **By:_____/s/ JW Chambers_____**
                                                        **Susan Imbriani**

10                                                       **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California